**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Case No. 12-1442 (and consolidated cases) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| Respondent. | ) ) ) | |

**JOINT UNOPPOSED MOTION
TO CONTINUE TO HOLD CASE IN ABEYANCE**

Respondent United States Environmental Protection Agency ("EPA") and Petitioners American Petroleum Institute and American Fuel and Petrochemical Manufacturers ("API/AFPM") hereby jointly move the Court to continue to hold this consolidated action in abeyance for an additional 60 days, until February 10, 2014. The purpose of this request is to allow the parties additional time to consider and discuss the petitions for administrative reconsideration that have been filed by the petitioners in this case, seeking changes to the final rule that is at issue in these consolidated petitions for review.

Counsel for Petitioners Lion Oil and Wyoming Refining Company has indicated that her clients do not oppose the relief requested in this motion. Counsel

for Respondent-Intervenors Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project has also indicated that his clients do not oppose the relief requested in this motion.

In support of this joint motion, EPA and API/AFPM state as follows:

1. Three petitions for review presently are consolidated under the lead caption <u>American Petroleum Institute, et al. v. EPA</u>, No. 12-1442. In addition to No. 12-1442 itself, the other two consolidated actions are: (1) <u>Lion Oil Company v. EPA</u>, No. 12-1443, and (2) <u>Wyoming Refining Company v. EPA</u>, No. 12-1444. All three petitions for review challenge the same EPA final rule entitled "Standards of Performance for Petroleum Refineries; Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After May 14, 2007; Final Rule," published at 77 Fed. Reg. 56,422 (Sept. 12, 2012) (the "Final Reconsideration Rule").

2. In addition to the petitions for review that are pending before this Court, in November 2012, each of the three petitioners in this action filed petitions for administrative reconsideration with EPA pursuant to Clean Air Act Section 307(d)(7)(B), 42 U.S.C. § 7607(d)(7)(B).

3. While EPA has not yet determined whether it will grant or deny some or all of the petitions for administrative reconsideration, EPA has completed its initial evaluation of the petitions and has made considerable progress towards

making recommendations on the petitions.  Additionally, the parties have been engaged in discussions concerning the issues raised in the petitions for administrative reconsideration and require additional time to determine whether EPA will take further steps to grant portions of the administrative petitions for reconsideration.

4. According to the Court's November 13 and 14, 2012, Orders, initial submissions (procedural motions and related filings) were due on December 13 and 14, 2012, and dispositive motions and the certified index to the administrative record were due on December 28, 2012.  Pursuant to EPA's and API/AFPM's joint unopposed motion, the Court entered an Order on December 21, 2012, extending these deadlines to January 28, 2013, and February 11, 2013, respectively.  The Court has not yet entered a scheduling order setting forth an argument date or deadlines for filing briefs on the merits.

5. On February 14, 2013, the Court issued an Order holding this case in abeyance following a joint unopposed motion by EPA and API/AFPM.  On April 30, 2013, July 30, 2013, and September 24, 2013, the Court issued additional Orders holding this case in abeyance following joint unopposed motions by EPA and API/AFPM.  In the September 24 Order, the Court directed the parties to file motions to govern further proceedings by December 11, 2013.  The parties now move the Court to continue to hold this action in abeyance for an additional 60

days, until February 10, 2014, at which time the parties propose to file motions to govern further proceedings.

6.   Good cause exists to continue to hold this case in abeyance because EPA's decision to take action on the petitions for administrative reconsideration could moot all or part of the issues that petitioners may raise in any present judicial challenge of the Final Reconsideration Rule. As discussed in Paragraph 3 above, while EPA has made progress in evaluating the issues raised in petitioners' administrative petitions, additional time is required to determine whether EPA will grant or deny some or all of the administrative petitions. Because that final determination could resolve all or part of the issues that petitioners may raise in this action without further Court intervention, continuing to hold this action in abeyance will promote judicial efficiency and could spare the Court's and parties' resources. In addition, granting EPA's and API/AFPM's motion will not unreasonably delay these proceedings, nor will it prejudice any party.

WHEREFORE, EPA and API/AFPM respectfully request that the Court continue to hold this consolidated action in abeyance for an additional 60 days, until February 10, 2014, at which time the parties propose to file motions to govern further proceedings.

Dated:  December 11, 2013         Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Div.

 /s/ T. Monique Peoples
T. MONIQUE PEOPLES
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-9365
Fax: (202) 514-8865
Email:  monique.peoples@usdoj.gov

*Counsel for Respondent EPA*


/s/ William Wehrum (by TMP w/ permission)
WILLIAM WEHRUM
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Phone: (202) 955-1637
Fax: (202) 778-7417
Email:  wwehrum@hunton.com

*Counsel for Petitioners API and AFPM*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013, a copy of the foregoing was served electronically through the Court's CM/ECF system on all registered counsel.

*/s/ T. Monique Peoples*